# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:24-mj-00071-SAB |
| Plaintiff, ) ) | |
| v. ) | **DEFENDANT'S AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |
| ) | |
| DAWN ANNETTE STRATTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 18 USC 113(a)(5)

**Sentence Date:** January 16, 2025

**Review Hearing Date:** November 20, 2025

**Probation Expires On:** January 16, 2026

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $510 which Total Amount is made up of a Fine: $ 500 Special Assessment: $ 10    Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $        per month by the        of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Weekly attendance at Alcoholics Anonymous for a period of nine months

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:        Date: Click here to enter a date.
                                                              Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Arelis Clemente

DATED:  11/7/2025                                         */s Arelis Clemente*
                                                                          ARELIS CLEMENTE
                                                                          ASSISTANT U.S. ATTORNEY

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/20/2025 at 10:00am Choose an item.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  11/7/2025                                         _____*/s/ Laura Myers*_____
                                                                          DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **November 7, 2025**                         _____
                                                                         STANLEY A. BOONE
                                                                         United States Magistrate Judge